# EXHIBIT A

9307 1699 6676 4768 0000 57

FIRST-CLASS MAIL
IMI
$006.89
03/27/2025 ZIP 67203
043M32207221
US POSTAGE

11n 64768 5-1

DAVID WILSON
D Sharp Ent
95 West St Unit 3352
Walpole MA 02081-1866

DARRYL GIBSON
EXPERIAN
475 ANTON BLVD
COSTA MESA CA 92626-7037

# )TICE OF SMALL CLAIM TRIAL

DOCKET NUMBER
2557SC000108

**Trial Court of Massachusetts**
**District Court Department**

NAME
David J Wilson v. Experian

RNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED

vid J Wilson
West Street #3352
ılpole, MA 02081

COURT NAME & ADDRESS

Wrentham District Court
60 East Street
Wrentham, MA 02093

DATE AND TIME OF SMALL CLAIM TRIAL

**Magistrate Trial - Small Claims**

**07/18/2025 at 08:45 AM**
**Small Claims**

JUDGE OR MAGISTRATE (if already assigned)

**COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)**
**MUST APPEAR ON THE DATE & TIME SHOWN ABOVE**

**TO THE PARTIES TO THIS CASE:**

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

**You are required to be present at this event.**

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at: http://www.mass.gov/courts/selfhelp/small-claims

**FURTHER ORDERS OF THE COURT**

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 2/13/25 | Pamela Gauvin-Fernandes |

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÈS, OBTENGA UNA TRADUCCIÓN.

1 5 64768 5-3

| IOTICE TO THE PARTIES | DOCKET NUMBER 2557SC000108 | Trial Court of Massachusetts District Court Department |
|---|---|---|

NAME David J Wilson v. Experian

| RNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| David J Wilson<br>95 West Street #3352<br>Walpole, MA 02081 | Wrentham District Court<br>60 East Street<br>Wrentham, MA 02093 |

**TO THE PARTIES TO THIS CASE:**

The enclosed indicates the Court's action in this matter.

02/13/2025
Claims Magistrate Trial scheduled and notices sent to parties.
Event: Magistrate Trial - Small Claims
Date: 07/18/2025 Time: 08:45 AM

03/11/2025
Return of service on Statement of Small Claims and Notice of Trial Experian; First class mail returned UNDELIVERED:unabletoforwnot deliverable as addressed
AS TO DEFENDANT #1 Experian - CASE REMAINS ON SCHEDULE

03/11/2025 Service insufficient; plaintiff advised to obtain better address.

| DATE ISSUED | CLERK-MAGISTRATE/ASST CLERK |
|---|---|
| March 11, 2025 | Pamela Gauvin-Fernandes |

1n 64768 5-4

**STATEMENT OF SMALL CLAIM AND NOTICE**

DOCKET NO. (For Court Use Only) 2557 SC 108

**Trial Court of Massachusetts Small Claims Session**

Date Filed: 1/23/2025 1:18 PM District Court - Wrentham Docket Number:

**[NO]TICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of [busi]ness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You [may] find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

[COU]RT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

**BMC:**

**District:** Wrentham District Court

**Housing:**

RECEIVED 1/29/2025

| **PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff. | **PLAINTIFF'S ATTORNEY** (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian | Def. #2 Name: Mike Rogers |
| Address: 1 Beacon Street, 33rd Floor | Address: 1 Beacon Street, 33rd Floor |
| City/State/Zip: Boston/ MA/ 02108 | City/State/Zip: Boston/ MA/ 02108 |
| Phone No.: (617) 218-3000 | Phone No.: (617) 218-3000 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE** $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

5-5 64768 in

**STATEMENT OF SMALL CLAIM AND NOTICE**

DOCKET NO. (For Court Use Only)

**Trial Court of Massachusetts**
**Small Claims Session**

Date Filed: 1/23/2025 1:18 PM
District Court - Wrentham
Docket Number:

**TICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of ness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

RT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

**BMC:**

set **District:** Wrentham District Court

**Housing:**

Click HERE for

| **PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff. | **PLAINTIFF'S ATTORNEY** (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian PLC | Def. #2 Name: Thomas Schultz |
| Address: 125 Summer Street, Suite 1910 | Address: 125 Summer Street, Suite 1910 |
| City/State/Zip: Boston/ MA/ 02110 | City/State/Zip: Boston/ MA/ 02110 |
| Phone No.: (617) 218-3000 | Phone No.: (617) 385-6667 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE** $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

**SIGNATURE OF PLAINTIFF:** X [signature] **DATE:** 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or fo assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Print F

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

Date Filed 01/23/2025 4:18 PM
District Court - Wrentham
Docket Number:

**NOTICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

**BMC:**

**District:** Wrentham District Court

**Housing:**

| **PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff. | **PLAINTIFF'S ATTORNEY** (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: First Trust Portfolios | Def. #2 Name: James A. Bowen |
| Address: 120 East Liberty Drive, Suite 400 | Address: 120 East Liberty Drive, Suite 400 |
| City/State/Zip: Wheaton/ IL / 60187 | City/State/Zip: Wheaton/ IL / 60187 |
| Phone No.: (800) 621-1675 | Phone No.: (800) 621-1675 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

in 64768 5-7

**STATEMENT OF SMALL CLAIM AND NOTICE**

DOCKET NO. (For Court Use Only)

**Trial Court of Massachusetts Small Claims Session**

Date Filed 1/23/2025 1:18 PM Wrentham District Docket Number: efile

**TICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of iness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You / find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

IRT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

eset

BMC:

District: Wrentham District Court

Housing:

| **PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff. | **PLAINTIFF'S ATTORNEY** (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian Data Quality | Def. #2 Name: Lloyd Pitchford |
| Address: 1 Beacon Street 33rd Floor | Address: 383 Madison Avenue, Floor 11 |
| City/State/Zip: Boston/ MA/ 02108 | City/State/Zip: New York/ NY/ 10179 |
| Phone No.: 1 (888) 727-8822 | Phone No.: (800) 990-1135 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE** $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: [X] YES [ ] NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

[X] above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

[ ] above defendant(s) is (are) serving in the military. [ ] I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

## INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT

**WHAT IS THE "NOTICE OF SMALL CLAIM TRIAL" FORM?**
This is your copy of the event notice that the court has issued in this case. This notifies you when you must appear for trial at the court.
**WHAT IS THE "STATEMENT OF CLAIM AND NOTICE" FORM?**
This is your copy of the claim form that the plaintiff who has brought this action has filed with the court. This describes the nature of the claim, including the amount of and reasons for the claim.
**WHAT IS SMALL CLAIMS COURT?**
The small claims court is not a separate court, but a special session of the District Court, the Boston Municipal Court or the Housing Court. It is designed to resolve smaller cases, making it easier and less expensive for the public to use the court.
**HOW IS THE DEFENDANT NOTIFIED OF THIS CLAIM?**
The defendant is sent a copy of the "Statement of Small Claim and Notice" and "Notice of Small Claim Trial" forms by first class mail. If Plaintiff inquires, the court will tell the plaintiff if the Post Office is unable to notify ("serve") the defendant.

5. **ARE ATTORNEYS NEEDED IN SMALL CLAIMS COURT?**
No, but you may hire one if you wish.

6. **WHAT ARE "COSTS"?**
If the plaintiff prevails, or if both sides settle the claim, the plaintiff may recover from the defendant as "costs" the court filing fee and postage.

By court order the plaintiff may sometimes recover certain other costs of bringing the claim.

7. **IS THE DEFENDANT REQUIRED TO FILE AN ANSWER?**
The defendant may send a signed letter to the court, saying clearly and simply why the plaintiff should not prevail. This "answer" should state those specific parts of the claim that are denied. However, the defendant is not required to file an answer. The defendant must send the plaintiff a copy of the answer, if one is filed. In the answer, or in a separate letter sent to the court, the defendant may set forth in writing any claim against the plaintiff within the jurisdiction of the small claims court. Both claims will be treated as one case if the defendant mails a copy of his or her claim to the plaintiff at least ten days before the scheduled trial date, or if the magistrate orders that they be so treated. Such claims are not compulsory. The plaintiff need not file a written answer to the defendant's claim. If the answer is sent to the plaintiff too close to the hearing date, the plaintiff will be able to ask the court to continue the case.

8. **WHAT IF THE DEFENDANT ADMITS HE OWES ALL THE MONEY?**
He or she should contact the plaintiff and arrange to make payment. If payment is not made before the trial date, both the plaintiff and the defendant must appear in court. If the parties agree to a payment plan outside of court, the plan will not be a court order and not enforceable by the court. If the parties agree to a payment plan and wish to make it a court order, they must complete an "Agreement for Proposed Payment Order" form that must be filed during a hearing. Any agreement that does not use the form or that is sent in by mail or email or filed without all parties present in court will not be accepted. Such agreements will become orders only upon approval from the court after a hearing.

9. **WHAT IF THE DEFENDANT ADMITS HE OWES THE MONEY BUT NEEDS TIME TO PAY?**
He or she must appear in court on the trial date and give his or her reasons for requesting time to pay.

10. **WHAT IF THE DEFENDANT BELIEVES HE OWES NOTHING, OR ONLY SOME OF THE MONEY CLAIMED?**
He or she must appear in court on the trial date. He or she will be able to question how the plaintiff arrived at the amount claimed.

11. **WHAT IF THE DEFENDANT BELIEVES THE PLAINTIFF OWES HIM MONEY?**
The defendant should indicate in his or her answer, or tell the court, that the plaintiff owes him or her money. The plaintiff's original claim and the defendant's claim against the plaintiff (called a "counterclaim") may be treated as one case and tried on the date the original claim was scheduled. If the defendant files a written counterclaim, the defendant must send the plaintiff a copy.

12. **WHEN AND WHERE DO THE PLAINTIFF AND THE DEFENDANT HAVE TO GO TO COURT?**
Unless the plaintiff and defendant settle this case before the trial date, both sides must appear in court on the date the case is scheduled for trial. The date, time and the court location to which both sides must report are shown on the "Notice of Small Claim Trial" form.

13. **WHAT IF I CANNOT COME TO COURT ON THE TRIAL DATE?**
You should call or write the person on the opposing side and ask him or her to agree to postpone ("continue") the case. Continuances should be only for a good reason, such as illness, an emergency, or the unavailability of a witness. If both sides agree, or if the opposing side does not agree, or if you are unable to reach the person on the opposing side, you must write the Clerk-Magistrate of the court to ask that the court give you a continuance. Do not wait until the last minute. If the other side makes a reasonable request for a continuance, it may save you some inconvenience if you agree to the request.

14. **WHAT IF I DO NOT COME TO COURT ON THE TRIAL DATE?**
If the plaintiff does not appear for trial, and the defendant does appear, the court will enter a judgment for the defendant. If both the plaintiff and the defendant do not appear for trial, the claim will be dismissed. If the defendant does not appear for trial, and the plaintiff does appear, the court will likely enter a default judgment. The magistrate may ask the plaintiff to present some evidence of the claim, even if the defendant is not present. The case will then be set for a payment hearing to determine the defendant's ability to pay the judgment without using exempt income.

15. **HOW SHOULD I PREPARE FOR TRIAL?**
It may be helpful to write down ahead of time the facts of the case in the order in which they occurred. This will help you organize your thoughts and make a clear presentation of your story. On the trial date, you must bring with you any witnesses, checks, bills, papers, photographs, letters or other evidence that will help you prove your case. If you need a witness to come to court but the witness will not come, ask the clerk magistrate's office for a witness summons which you must then arrange to have an officer deliver to the witness. You may need an expert witness to prove any matter not within common experience. The laws governing small claims are the same as those for major lawsuits, except that simplified procedures are used. The plaintiff must prove that the claim is one which the law recognizes and that the defendant is liable, or the magistrate will enter a decision for the defendant.

16. **WHAT WILL HAPPEN ON THE DAY OF TRIAL?**
Be sure to arrive on time. If your case is not resolved by a mediator, a trial will be held before a magistrate. The plaintiff will be asked to tell his or her side of the story, then the defendant will tell his or her side. Each will have an opportunity to ask questions of the other side and the other side's witnesses. To prevail, the law requires the plaintiff to prove the validity of his or her claim.

17. **WHAT WILL THE MAGISTRATE DO?**
The magistrate will make a decision. Notice of the decision (called a "judgment") will be given or sent to each side.

18. **CAN I APPEAL THE JUDGMENT?**
By bringing his or her claim in small claims court, the plaintiff (and the defendant on any counterclaim) gives up any right (1) to have the claim decided by a jury and (2) to appeal if he or she loses. If the defendant loses the case (or the plaintiff loses on any counterclaim) before the magistrate, he or she can appeal for a new trial by a judge or a jury on any disputed questions of fact, but he or she must post a bond, unless waived.

9307 1699 6676 4768 0000 64

quadient
FIRST-CLASS MAIL
IMI
$006.89
03/27/2025 ZIP 67203
043M32207221
US POSTAGE

Plain 64768 6-1

DAVID WILSON
D Sharp Ent
95 West St Unit 3352
Walpole MA 02081-1866

EXPERIAN
DARRYL GIBSON
EXPERIAN
475 ANTON BLVD
COSTA MESA CA 92626-7037

# ƆTICE OF SMALL CLAIM TRIAL

DOCKET NUMBER
**2557SC000108**

**Trial Court of Massachusetts**
**District Court Department**

NAME
David J Wilson v. Experian

RNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED
vid J Wilson
West Street #3352
alpole, MA 02081

COURT NAME & ADDRESS
Wrentham District Court
60 East Street
Wrentham, MA 02093

DATE AND TIME OF SMALL CLAIM TRIAL

**Magistrate Trial - Small Claims**

**07/18/2025 at 08:45 AM**
**Small Claims**

JUDGE OR MAGISTRATE (if already assigned)

**COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)**
**MUST APPEAR ON THE DATE & TIME SHOWN ABOVE**

**TO THE PARTIES TO THIS CASE:**

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

**You are required to be present at this event.**

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at: http://www.mass.gov/courts/selfhelp/small-claims

**FURTHER ORDERS OF THE COURT**

DATE ISSUED
2/13/25

CLERK-MAGISTRATE/ASST. CLERK
Pamela Gauvin-Fernandes

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN

Plain 64768 6-3

| IOTICE TO THE PARTIES | DOCKET NUMBER<br>2557SC000108 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| NAME David J Wilson v. Experian | | |
| RNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED<br>David J Wilson<br>95 West Street #3352<br>Walpole, MA 02081 | | COURT NAME & ADDRESS<br>Wrentham District Court<br>60 East Street<br>Wrentham, MA 02093 |

**TO THE PARTIES TO THIS CASE:**

The enclosed indicates the Court's action in this matter.

02/13/2025
Claims Magistrate Trial scheduled and notices sent to parties.
Event: Magistrate Trial - Small Claims
Date: 07/18/2025 Time: 08:45 AM

03/11/2025
Return of service on Statement of Small Claims and Notice of Trial Experian; First class mail returned UNDELIVERED:unabletoforwnot deliverable as addressed
AS TO DEFENDANT #1 Experian - CASE REMAINS ON SCHEDULE

03/11/2025 Service insufficient; plaintiff advised to obtain better address.

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| March 11, 2025 | Pamela Gauvin-Fernandes |

Plain 64768 6-4

## STATEMENT OF SMALL CLAIM AND NOTICE

DOCKET NO. (For Court Use Only) 2557 SC 108

**Trial Court of Massachusetts Small Claims Session**

Date Filed: 1/23/2025 1:18 PM
District Court - Wrentham
Docket Number:

**TICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of ness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

RT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court)

**BMC:**

**District:** Wrentham District Court

**Housing:**

RECEIVED
1/29/2025

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian | Def. #2 Name: Mike Rogers |
| Address: 1 Beacon Street, 33rd Floor | Address: 1 Beacon Street, 33rd Floor |
| City/State/Zip: Boston/ MA/ 02108 | City/State/Zip: Boston/ MA/ 02108 |
| Phone No.: (617) 218-3000 | Phone No.: (617) 218-3000 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE** $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF:** X **DATE:** 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Plain 64768 6-5

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

Date Filed: 1/23/2025 1:18 PM
District Court - Wrentham
Docket Number:

TICE TO PLAINTIFF: You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of ness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

RT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

BMC:

District: Wrentham District Court

Housing:

set | Click HERE for

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian PLC | Def. #2 Name: Thomas Schultz |
| Address: 125 Summer Street, Suite 1910 | Address: 125 Summer Street, Suite 1910 |
| City/State/Zip: Boston/ MA/ 02110 | City/State/Zip: Boston/ MA/ 02110 |
| Phone No.: (617) 218-3000 | Phone No.: (617) 385-6667 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

SIGNATURE OF PLAINTIFF: X [signature] DATE: 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or fo assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Print F

Plain 64768 6-6

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

Date Filed 1/23/2025 1:18 PM District Court - Wrentham Docket Number:

ICE TO PLAINTIFF: You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of ness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

RT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

BMC:

District: Wrentham District Court

Housing:

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

DEFENDANT(S) INFORMATION: The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: First Trust Portfolios | Def. #2 Name: James A. Bowen |
| Address: 120 East Liberty Drive, Suite 400 | Address: 120 East Liberty Drive, Suite 400 |
| City/State/Zip: Wheaton/ IL / 60187 | City/State/Zip: Wheaton/ IL / 60187 |
| Phone No.: (800) 621-1675 | Phone No.: (800) 621-1675 |

PLAINTIFF'S CLAIM: Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

SIGNATURE OF PLAINTIFF: X [signature] DATE: 01/23/25

MEDIATION: Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

INSTRUCTIONS TO PLAINTIFF: "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Plain 64768 6-7

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

Date Filed 1/23/2025 1:18 PM
District Court - Wrentham
Docket Number:

**TICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of iness or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You / find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

IRT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

BMC:

eset District: Wrentham District Court

Housing:

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: David Wilson | Atty. Name: |
| Address: 95 West Street Unit 3352 | Address: |
| City/State/Zip: Walpole/Ma/ 02081 | City/State/Zip: |
| Phone No.: 617-785-8489 | Phone No.: BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: Experian Data Quality | Def. #2 Name: Lloyd Pitchford |
| Address: 1 Beacon Street 33rd Floor | Address: 383 Madison Avenue, Floor 11 |
| City/State/Zip: Boston/ MA/ 02108 | City/State/Zip: New York/ NY/ 10179 |
| Phone No.: 1 (888) 727-8822 | Phone No.: (800) 990-1135 |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE** $100,000 plus $200 court costs for the following reasons:

Plaintiff files this Complaint against Defendants & its related entities, officers, and agents for violations of state and federal laws. Plaintiff seeks Monetary damages of $100,000,including:$7,000 for base claims & $93,000 in statutory damages,administrative fees. Plaintiff alleges on or around 02/19/24 Defendants Willfully failed to conduct reasonable investigations into disputed credit report inaccuracies, violating federal and state consumer protection laws,Mishandled Plaintiff's personal and identifying data for financial gain,in breach of good faith and fair dealing principles under the UCC,Engaged in deceptive, coercive, and discriminatory business practices that denied Plaintiff fair and equal treatment.Defendants' actions resulted in substantial financial, reputational, and emotional harm to Plaintiff. Their negligent, willful, and discriminatory conduct demands judicial intervention to rectify the violations, enforce statutory protections, and compensate Plaintiff for the damages incurred. Defendants do not adhere to any laws and have, ignored The Massachusetts State Attorney General and CFPB.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☒ YES ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military. ☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X DATE: 01/23/25

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Plain 64768 6-8

## INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT

**VHAT IS THE "NOTICE OF SMALL CLAIM TRIAL" FORM?**
'his is your copy of the event notice that the court has issued in this case. This notifies you when you must appear for trial at the court.

**VHAT IS THE "STATEMENT OF CLAIM AND NOTICE" FORM?**
'his is your copy of the claim form that the plaintiff who has brought this action has filed with the court. This describes the nature of the claim, ıcluding the amount of and reasons for the claim.

**VHAT IS SMALL CLAIMS COURT?**
'he small claims court is not a separate court, but a special session of the District Court, the Boston Municipal Court or the Housing Court. It is esigned to resolve smaller cases, making it easier and less expensive for the public to use the court.

**IOW IS THE DEFENDANT NOTIFIED OF THIS CLAIM?**
'he defendant is sent a copy of the "Statement of Small Claim and Notice" and "Notice of Small Claim Trial" forms by first class mail. If Plaintiff ıquires, the court will tell the plaintiff if the Post Office is unable to notify ("serve") the defendant.

5. **ARE ATTORNEYS NEEDED IN SMALL CLAIMS COURT?**
No, but you may hire one if you wish.

6. **WHAT ARE "COSTS"?**
If the plaintiff prevails, or if both sides settle the claim, the plaintiff may recover from the defendant as "costs" the court filing fee and postage.

By court order the plaintiff may sometimes recover certain other costs of bringing the claim.

7. **IS THE DEFENDANT REQUIRED TO FILE AN ANSWER?**
The defendant may send a signed letter to the court, saying clearly and simply why the plaintiff should not prevail. This "answer" should state those specific parts of the claim that are denied. However, the defendant is not required to file an answer. The defendant must send the plaintiff a copy of the answer, if one is filed. In the answer, or in a separate letter sent to the court, the defendant may set forth in writing any claim against the plaintiff within the jurisdiction of the small claims court. Both claims will be treated as one case if the defendant mails a copy of his or her claim to the plaintiff at least ten days before the scheduled trial date, or if the magistrate orders that they be so treated. Such claims are not compulsory. The plaintiff need not file a written answer to the defendant's claim. If the answer is sent to the plaintiff too close to the hearing date, the plaintiff will be able to ask the court to continue the case.

8. **WHAT IF THE DEFENDANT ADMITS HE OWES ALL THE MONEY?**
He or she should contact the plaintiff and arrange to make payment. If payment is not made before the trial date, both the plaintiff and the defendant must appear in court. If the parties agree to a payment plan outside of court, the plan will not be a court order and not enforceable by the court. If the parties agree to a payment plan and wish to make it a court order, they must complete an "Agreement for Proposed Payment Order" form that must be filed during a hearing. Any agreement that does not use the form or that is sent in by mail or email or filed without all parties present in court will not be accepted. Such agreements will become orders only upon approval from the court after a hearing.

9. **WHAT IF THE DEFENDANT ADMITS HE OWES THE MONEY BUT NEEDS TIME TO PAY?**
He or she must appear in court on the trial date and give his or her reasons for requesting time to pay.

10. **WHAT IF THE DEFENDANT BELIEVES HE OWES NOTHING, OR ONLY SOME OF THE MONEY CLAIMED?**
He or she must appear in court on the trial date. He or she will be able to question how the plaintiff arrived at the amount claimed.

11. **WHAT IF THE DEFENDANT BELIEVES THE PLAINTIFF OWES HIM MONEY?**
The defendant should indicate in his or her answer, or tell the court, that the plaintiff owes him or her money. The plaintiff's original claim and the defendant's claim against the plaintiff (called a "counterclaim") may be treated as one case and tried on the date the original claim was scheduled. If the defendant files a written counterclaim, the defendant must send the plaintiff a copy.

12. **WHEN AND WHERE DO THE PLAINTIFF AND THE DEFENDANT HAVE TO GO TO COURT?**
Unless the plaintiff and defendant settle this case before the trial date, both sides must appear in court on the date the case is scheduled for trial. The date, time and the court location to which both sides must report are shown on the "Notice of Small Claim Trial" form.

13. **WHAT IF I CANNOT COME TO COURT ON THE TRIAL DATE?**
You should call or write the person on the opposing side and ask him or her to agree to postpone ("continue") the case. Continuances should be only for a good reason, such as illness, an emergency, or the unavailability of a witness. If both sides agree, or if the opposing side does not agree, or if you are unable to reach the person on the opposing side, you must write the Clerk-Magistrate of the court to ask that the court give you a continuance. Do not wait until the last minute. If the other side makes a reasonable request for a continuance, it may save you some inconvenience if you agree to the request.

14. **WHAT IF I DO NOT COME TO COURT ON THE TRIAL DATE?**
If the plaintiff does not appear for trial, and the defendant does appear, the court will enter a judgment for the defendant. If both the plaintiff and the defendant do not appear for trial, the claim will be dismissed. If the defendant does not appear for trial, and the plaintiff does appear, the court will likely enter a default judgment. The magistrate may ask the plaintiff to present some evidence of the claim, even if the defendant is not present. The case will then be set for a payment hearing to determine the defendant's ability to pay the judgment without using exempt income.

15. **HOW SHOULD I PREPARE FOR TRIAL?**
It may be helpful to write down ahead of time the facts of the case in the order in which they occurred. This will help you organize your thoughts and make a clear presentation of your story. On the trial date, you must bring with you any witnesses, checks, bills, papers, photographs, letters or other evidence that will help you prove your case. If you need a witness to come to court but the witness will not come, ask the clerk magistrate's office for a witness summons which you must then arrange to have an officer deliver to the witness. You may need an expert witness to prove any matter not within common experience. The laws governing small claims are the same as those for major lawsuits, except that simplified procedures are used. The plaintiff must prove that the claim is one which the law recognizes and that the defendant is liable, or the magistrate will enter a decision for the defendant.

16. **WHAT WILL HAPPEN ON THE DAY OF TRIAL?**
Be sure to arrive on time. If your case is not resolved by a mediator, a trial will be held before a magistrate. The plaintiff will be asked to tell his or her side of the story, then the defendant will tell his or her side. Each will have an opportunity to ask questions of the other side and the other side's witnesses. To prevail, the law requires the plaintiff to prove the validity of his or her claim.

17. **WHAT WILL THE MAGISTRATE DO?**
The magistrate will make a decision. Notice of the decision (called a "judgment") will be given or sent to each side.

18. **CAN I APPEAL THE JUDGMENT?**
By bringing his or her claim in small claims court, the plaintiff (and the defendant on any counterclaim) gives up any right (1) to have the claim decided by a jury and (2) to appeal if he or she loses. If the defendant loses the case (or the plaintiff loses on any counterclaim) before the magistrate, he or she can appeal for a new trial by a judge or a jury on any disputed questions of fact, but he or she must post a bond, unless waived.